

**U.S. Department of Justice**

*United States Attorney's Office*
*District of New Jersey*

_____

*970 Broad Street, 7ᵗʰ floor*        *973-645-2700*
*Newark, New Jersey 07102*

July 23, 2026

**VIA EMAIL: <u>criminalinfo@njd.uscourts.gov</u>**

Melissa E. Rhoads, Clerk
United States District Court
Martin Luther King Jr. Federal Building & Courthouse
50 Walnut Street
Newark, New Jersey 07102

Attention:    Antigone Owens-Krefski, Deputy Clerk

        Re:    *United States v. Frank DiGiuseppe, Jr.*

Dear Ms. Owens-Krefski:

        Enclosed for assignment is an Information charging defendant Frank DiGiuseppe, Jr., with aiding and abetting the conduct of an unlicensed money transmitting business, in violation of 18 U.S.C. §§ 1960(a) and (b)(1)(A) and 18 U.S.C. § 2. The Information and cover sheet are enclosed.

                Very truly yours,

                ROBERT FRAZER
                United States Attorney


                */s/ Eli Jacobs*
                Eli Jacobs
                Assistant U.S. Attorney